UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  PAUL JOSEPH PAPP<br>  DEBORA LYNN PAPP<br><br>                     Debtors | CASE NO: 05-34893<br>       (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3995687**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 31 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | 12.23 |
| 15/ 15 | CAPITAL ONE<br>% TSYS DEBT MANAGEMENT<br>BOX 5155<br>NORCROSS, GA  30091 | 8.03 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 1/26/2010

Certificate of Service  05-34893

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

PAUL JOSEPH PAPP
DEBORA LYNN PAPP
185 CLOVERWOOD DRIVE
CENTERVILLE, OH  45458

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(33.1n)
ATTY GENERAL STATE OF OHIO
% REBECCA DAUM
30 E BROAD ST 23RD FL
COLUMBUS, OH  43215

(15.1)
CAPITAL ONE
% TSYS DEBT MANAGEMENT
BOX 5155
NORCROSS, GA  30091

(36.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(34.1n)
TRIAD FINANCIAL CORP
7711 CENTER AVE
STE 100
HUNTINGTON BEACH, CA  92647

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner      cs